UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI BENSON,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY,<br>COUNTRYWIDE CREDIT INDUSTRIES<br>INC. GROUP DISABILITY PLAN,<br><br>    Defendant(s), | NO. CV 05-1219-GPS (AJWx)<br><br>JUDGMENT |

In light of the Court's Order issued on September 25, 2008, denying Defendants' motion for summary judgment and granting Plaintiff's motion for summary judgment in part, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff is entitled to short-term disability benefits plus legal interest.

Dated this 3rd day of October 2008.

THE HONORABLE GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE